113 P.3d 821

# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**June 15, 2005**

| | | |
|---|---|---|
| 25528 | Hawaiian Ins. & Guar. Co., Ltd. v. Sheung Ho | Affirmed |

**June 17, 2005**

| | | |
|---|---|---|
| 26214 | State v. Gabriel | Affirmed |
| 26167 | State v. Johnson | Affirmed |
| 26445 | State v. Puni | Affirmed |

**June 20, 2005**

| | | |
|---|---|---|
| 26047 | State v. Hernandez | Vacated and Remanded |
| 26592 | State v. Kamanaʻo | Affirmed |
| 25802 | State v. Sumner | Affirmed |
| 26007, 26077 | State v. Trueman | Affirmed |

**June 24, 2005**

| | | |
|---|---|---|
| 25904 | State v. Mainaaupo | Affirmed |
| 26063 | State v. Paneto | Affirmed |